UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LEANN ANDERT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-CV-260-WCL-CAN |
| | ) | |
| GOSHEN HEALTH SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, by counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Procedure, stipulate to the dismissal, with prejudice, of all claims brought in this cause by Leann Andert against Goshen Health System, Inc., with each party bearing its own costs.

FOR THE PLAINTIFF:                           FOR THE DEFENDANT:


/s/ Doug A. Bernacchi                         /s/ Brett R. Hummer
Doug A. Bernacchi (15342-46)                  Jeffery A. Johnson (5009-71)
P.O. Box 0289                                 Brett R. Hummer, (27172-71)
Michigan City, IN 46361-0289
Tel: 219-879-2889                             **MAY OBERFELL LORBER**
Fax: 210-879-9554                             4100 Edison Lakes Parkway, Suite 100
Attorney for Plaintiff                        Mishawaka, IN 46545
                                              Tel: 574-243-4100
                                              Fax: 574-232-9789
                                              Attorneys for Defendant

1

## **CERTIFICATE OF SERVICE**

I certify that service of the above document was made on September 18, 2012

      by depositing a copy or copies in the United States mail, postage prepaid
      by hand-delivering a copy or copies
X   via electronic mail
      other:

upon the following:

Doug A. Bernacchi, Esq.
P.O. Box 0289
Michigan City, IN 46361-0289

                                     /s/ Brett. R. Hummer_____
                                     Brett R. Hummer

F:\Clients\H0656\10001\Settlement\2011-6-21 Stipulation of Dismissal.doc 9/18/12